IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                   Civil Action No. 2:15-cv-11499-BAF-MJH

JOHN DOE, subscriber assigned IP address
69.245.115.6,

    Defendant.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 69.245.115.6. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

    Dated:  August 4, 2015

                                              Respectfully submitted,

                                              By:   /s/ *Paul J. Nicoletti*
                                              Paul J. Nicoletti
                                              pauljnicoletti@gmail.com
                                              NICOLETTI LAW, PLC
                                              33717 Woodward Avenue, Suite #433
                                              Birmingham, Michigan 48009
                                              Phone:  (248) 203-7800
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 4, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                      By: /s/ *Paul J. Nicoletti*
                                      Paul J. Nicoletti